82 So.3d 949 (2011)
L. Michael OSMAN and Reinaldo Costa, Appellants,
v.
WHITNEY NATIONAL BANK, Appellee.
No. 1D11-0099.
District Court of Appeal of Florida, First District.
August 3, 2011.
*950 David Luther Woodward of the Law Offices of David Luther Woodward, P.A., Pensacola, for Appellants.
Sula S. McAuley of Clark, Partington, Hart, Larry, Bond & Stackhouse, Destin, for Appellee.
PER CURIAM.
Dismissed. Harrison v. J.P.A. Enterprises, L.L.C., 51 So.3d 1217 (Fla. 1st DCA 2011).
DAVIS, LEWIS, and WETHERELL, JJ., concur.